UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



GLADYS ALLEN,

    Plaintiff,

v.                        ACTION NO. 2:09cv265

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) seeking judicial review of the decision of the Commissioner of Social Security denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on February 24, 2010, recommending that the decision of the Commissioner be reversed and that the case be remanded to allow the administrative law judge to reevaluate Plaintiff's residual functional capacity. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the

Magistrate Judge. On March 9, 2010, the Court received Defendant's Objections to the Magistrate Judge's Report and Recommendation

Following a de novo review of the Magistrate Judge's Report and Recommendation and a review of Defendant's objections, the Court hereby ADOPTS the findings and recommendations set forth in the report of the United States Magistrate Judge filed on February 24, 2010. The decision of the Commissioner is reversed and the case is remanded to allow the administrative law judge to reevaluate Plaintiff's residual functional capacity.

The Clerk shall forward a copy of this Final Order to counsel of record for the parties.

/s/ Mark
Mark S. Davis
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 22, 2010